IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILAL SABUR,** | : | CIVIL ACTION NO. 3:19-CV-1693 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **LAWRENCE P. MAHALLY,** | : | |
| | : | |
| Respondent | : | |

# **ORDER**

AND NOW, this 27th day of April, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, petitioner's motion for summary judgment (Doc. 25), and the parties' respective briefs in support of and opposition to the petition, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED with prejudice.

2. Petitioner's motion for summary judgment (Doc. 25) is DEEMED WITHDRAWN.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania