IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILAL SABUR,** | : | CIVIL ACTION NO. 3:19-CV-1693 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **LAWRENCE P. MAHALLY,** | : | |
| | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 13th day of June, 2022, upon consideration of petitioner's motion to alter or amend judgment (Doc. 31) and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Petitioner's motion to alter or amend judgment (Doc. 31) is DENIED.

2. This case shall remain closed in accordance with the court's April 27, 2022 order.

3. The Clerk of Court is directed to certify a supplemental record on appeal and notify the United States Court of Appeals for the Third Circuit of the supplemental record.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania